1  Robert M. Holley (SBN 50769)
   Attorney at law
2  State Bar No. 50769
   331 J Street, Suite #200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4

5  Attorney for Defendant David Perez Ramirez

6

7                   IN THE UNITED STATES DISTRICT COURT

                       EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        ) NO. CRS 07-248-15 WBS
10                                  )
               Plaintiff,           ) STIPULATION AND [PROPOSED]
11                                  ) ORDER CONTINUING
        v.                          ) SENTENCING DATE
12                                  )
   DAVID PEREZ RAMIREZ,             )
13                                  )
               Defendant.           )
14                                  )
   _____)
15

16

17              **REASONS FOR THE REQUEST TO CONTINUE**

18         The final presentence report has been received by both

19 parties and contains additional information to which the defense has

20 not been privy and which needs to be reviewed before formal objections

21 can be adequately prepared and filed.  Additionally, on May 17, 2011,

22 the government sent to the probation officer a letter entitled

23 "Informal Objection to Revised PSR for DAVID RAMIREZ."  The letter

24 contains references to JENCKS material which has not yet been provided

25 to the defense.  The issues presented therein appear to be important

26 and the defense is going to need the additional time requested to

27 determine the strength and veracity of the evidence to which it is not

28 yet privy and to prepare the appropriate response for the Court.

**STIPULATION**

It is hereby stipulated by and between the parties hereto, through their respective undersigned counsel, that the sentencing hearing date presently scheduled for May 31, 2011 at 8:30 a.m. be continued to Monday, June 27, 2011 at 8:30 a.m. before the Honorable William B. Shubb, United States District Judge.

The parties hereby stipulate to and request the following revised schedule concerning the presentence investigation report:

Additional informal objections
to the revised Presentence Report
due to probation officer and counsel . . . . May 30, 2011

Final and possibly further revised
Presentence Report disclosed . . . . . . . . June 6, 2011

Formal Objections to Presentence Report
due and filed . . . . . . . . . . . . . . . .June 13, 2011

Hearing date on sentencing . . . . . . . . . June 27, 2011

**Dated:  May 20, 2011**

/S/ *Robert M. Holley*
_____
**Robert M. Holley**
**Counsel for Mr. Ramirez**

/S/ *Jason Hitt*
_____
**Mr. Jason Hitt**
**Counsel for the United States**

2

**ORDER**

**Good cause appearing**, the above-stated calendaring change is so ordered.

**Dated: May 24, 2011**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE