ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID PEREZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br> v.                                )<br>                                   )<br>                                   )<br> DAVID PEREZ RAMIREZ,              )<br>                                   )<br>            Defendant.             )<br> _____ ) | 2:07-CR-00248-15 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY BRIEFING<br>SCHEDULE |

On July 16, 2015, Defendant, DAVID PEREZ RAMIREZ, filed a pro se motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 1345. On December 7, 2015, the Court adopted the parties' stipulation to modify the briefing schedule pertaining to an amended motion to reduce sentence should the defense choose to file one. CR 1370. For the reasons set forth below, the parties file this stipulated request to vacate the current briefing schedule and re-set a new briefing schedule as follows:

Amended motion to reduce sentence        **April 8, 2016**

Government's opposition                  **April 22, 2016**

Defendant's reply, if any                **April 29, 2016**

The basis for the parties' request to modify the last briefing schedule was to await final decision by the Ninth Circuit on the petition for rehearing *en banc* granted in *United States v. Davis*, 776 F.3d 1088 (9th Cir.

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

2015).  *See* CR 1370 at 2-3.  As of the date of filing of this document, the Ninth Circuit has not yet issued a decision in *Davis*.  The parties respectfully submit the Court should await the resolution of the petition for *en banc* review in *Davis* to ascertain the law to be applied to Mr. Ramirez's motion for a sentence reduction.

     Therefore, the parties respectfully stipulate and request that this Court modify the briefing schedule as set forth above.

Dated: February 5, 2016                    BENJAMIN WAGNER
                                         United States Attorney

                                   By:   /s/ Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney

Dated: February 5, 2016                    /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         DAVID PEREZ RAMIREZ

**ORDER**

     Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the briefing schedule relating to defendant's motion pursuant to § 3582(c)(2) be modified as follows:

     Amended motion to reduce sentence       **April 8, 2016**

     Government's opposition                    **April 22, 2016**

     Defendant's reply, if any                    **April 29, 2016**

Dated:  February 5, 2016

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE