ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID PEREZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00248 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO MODIFY BRIEFING |
| | ) | SCHEDULE |
| | ) | |
| DAVID PEREZ RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 16, 2015, Defendant, DAVID PEREZ RAMIREZ, filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).  CR 1345.  On April 8, 2016, the Court adopted the parties' stipulation to modify the briefing schedule pertaining to an amended motion to reduce sentence to await final decision on the petition for rehearing *en banc* granted in *United States v. Davis*, 776 F.3d 1088 (9th Cir. 2015).  CR 1393.

For the reasons set forth below, the parties file this stipulated request to vacate the current briefing schedule and re-set a new briefing schedule as follows:

| | |
|---|---|
| Amended motion to reduce sentence | **August 19, 2016** |
| Government's opposition | **September 9, 2016** |
| Defendant's reply, if any | **September 16, 2016** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

On June 13, 2016, the Ninth Circuit issued its decision on the petition for rehearing *en banc*, reversing its prior holding, which precluded a reduction in sentence in Mr. Ramirez's case. *United States v. Davis*, 2016 U.S. App. LEXIS 10661 (9th Cir. 2016). In light of this change in Ninth Circuit law on this issue, Mr. Ramirez may be eligible for reduction in sentence despite the fact that he entered his plea pursuant to a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement.

However, Ms. Radekin must communicate with Mr. Ramirez to inform him of the change in the law and all potential consequences of such change prior to filing an amended motion to reduce sentence. As he is in prison serving his sentence, such communication must be in writing. Further, she needs additional time to prepare the motion, as she was out of the country from June 22 through July 5, 2016 on a long-planned vacation. Mr. Hitt does not oppose the modification of the briefing schedule on this basis.

Therefore, the parties respectfully stipulate and request that the Court modify the briefing schedule as set forth above.

Dated: July 8, 2016                          BENJAMIN WAGNER
                                             United States Attorney

                                       By:   /s/ Jason Hitt
                                             JASON HITT
                                             Assistant United States Attorney


Dated: July 8, 2016                          /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             DAVID PEREZ RAMIREZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the briefing schedule relating to defendant's motion pursuant to § 3582(c)(2) be modified as follows:

| | |
|---|---|
| Amended motion to reduce sentence | **August 19, 2016** |
| Government's opposition | **September 9, 2016** |
| Defendant's reply, if any | **September 16, 2016** |

Dated:  July 11, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE