
**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID PEREZ RAMIREZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00248-15 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| DAVID PEREZ RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 16, 2015, defendant, David Perez Ramirez, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782. Thereafter, and after undersigned counsel was appointed, the briefing schedule to file an amended motion was modified several times to await the final decision of the Ninth Circuit on its grant of review *en banc* in *United States v. Davis*, 9th Cir. no. 13-30133. On June 13, 2016, the Ninth Circuit issued its decision. See *United States v. Davis*, 825 F.3d 1014 (9th Cir. 2016) (*Davis II*). Thereafter, the matter was continued to allow the parties time to assess their respective positions in light of the change in law effected by *Davis II*. On September 21, 2016, the government informed Ms. Radekin it intended to oppose Mr. Ramirez's motion to reduce his sentence, and on September 22, 2016, the Court adopted the parties' stipulation to

modify the briefing schedule pertaining to an amended motion to allow Ms. Radekin time to prepare such motion.  CR 1439.

The motion is substantially complete; however, Ms. Radekin needs additional time to obtain updated and additional documents in support of re-sentencing.  Ms. Radekin has communicated with Mr. Hitt, and he concurs with this request and the briefing schedule set forth below.

Accordingly, the parties have agreed to the following briefing schedule:

| | |
|---|---|
| Motion to reduce sentence | **November 11, 2016** |
| Government's opposition | **December 2, 2016** |
| Defendant's reply, if any | **December 9, 2016** |

Therefore, the parties respectfully stipulate and request that the Court vacate the existing briefing schedule and order the briefing schedule set forth above.

Dated: October 14, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:   /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States Attorney


Dated: October 14, 2016                    /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           DAVID PEREZ RAMIREZ


**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the briefing schedule relating to an amended motion pursuant to § 3582(c)(2) be modified as follows:

| | |
|---|---|
| Motion to reduce sentence | **November 11, 2016** |
| Government's opposition | **December 2, 2016** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2

1 | Defendant's reply, if any            **December 9, 2016**

2 | Dated:  October 14, 2016

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 3