ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID PEREZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 2:07-CR-00248-15 WBS |
|                                      ) | |
|                   Plaintiff,         ) | |
|                                      ) | STIPULATION AND [PROPOSED] |
| v.                                   ) | ORDER TO MODIFY REPLY BRIEF |
|                                      ) | DUE DATE |
|                                      ) | |
| DAVID PEREZ RAMIREZ,                 ) | |
|                                      ) | |
|                   Defendant.         ) | |
| _____ ) | |

On November 10, 2016, Mr. Ramirez filed an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 1458. On December 1, 2016, the government filed its opposition to the amended motion. CR 1471. Pursuant to this Court's order on October 14, 2016, the reply brief is due on December 9, 2016. CR 1447.

Ms. Radekin intends to file a reply; however, she has ordered and is waiting for disciplinary records to investigate the disciplinary violation to which the government refers, and argues is a ground for denial of a reduction, in its opposition.

Therefore, the parties respectfully stipulate and request that the Court vacate the current reply brief due date and set a new due date for the reply on January 20, 2017. Ms. Radekin has conferred with Assistant United

STIPULATION AND [PROPOSED] ORDER TO MODIFY REPLY BRIEF DUE DATE - 1

States Attorney Jason Hitt, and he has indicated he has no opposition to this request and authorizes Ms. Radekin to sign this stipulation on his behalf.

Dated: December 9, 2016                      PHILLIP A. TALBERT
                                             Acting United States Attorney


                                       By:   /s/ Jason Hitt
                                             JASON HITT
                                             Assistant United States Attorney


Dated: December 9, 2016                      /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             DAVID PEREZ RAMIREZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the reply brief due date be modified to January 20, 2017.

Dated:   December 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE