**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
DAVID PEREZ RAMIREZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:07-CR-00248-15 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| **DAVID PEREZ RAMIREZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 10, 2016, Mr. Ramirez filed his amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 1458. The government filed its opposition on December 1, 2016. CR 1471. Pursuant to this Court's order signed on February 22, 2017, the date due for the reply brief was moved to February 21, 2017. CR 1500.

Ms. Radekin intends to file a reply; however, she is still waiting for disciplinary records to investigate the disciplinary violation to which the government refers, and argues is a ground for denial of a reduction, in its opposition. Several attempts by the defense to obtain the records from the prison have failed. Ms. Radekin has asked Assistant United States Attorney Jason Hitt to obtain the records; however, he has not yet received them. Thus, Ms. Radekin is still waiting for the records.

STIPULATION AND [PROPOSED] ORDER TO MODIFY REPLY BRIEF DUE DATE - 1

Accordingly, the parties stipulate and request that the date due for the reply brief be modified to April 24, 2017.  Assistant United States Attorney Jason Hitt has indicated he has no objection to the modification of the reply brief due date and has authorized Ms. Radekin to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: March 23, 2017                           PHILLIP A. TALBERT
                                                Acting United States Attorney

                                          By:   /s/ Jason Hitt
                                                JASON HITT
                                                Assistant United States

Dated: March 23, 2017                           /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                DAVID PEREZ RAMIREZ

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered that the reply brief due date be modified to April 24, 2017.

Dated:  March 24, 2017

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE