# UNITED STATES DISTRICT COURT
for the

Eastern        District of        California

United States of America

v.

DAVID PEREZ RAMIREZ

Date of Original Judgment:        7/27/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)
)
)

Case No:    2:07CR00248-15 WBS

USM No:    17168-097

Hannah Labaree, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____188_____ months **is reduced to** _____176 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 8/2/2011 shall remain in effect.

**IT IS SO ORDERED.**

*Order Date: May 31, 2017*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____N/A_____
            *(if different from order date)*