1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )    Case №: 2:07-cr-000248-15 WBS
                                      )
9              Plaintiff,             )
                                      )          **O R D E R**
10        vs.                         )     **APPOINTING COUNSEL**
                                      )
11   DAVID PEREZ RAMIREZ              )
                                      )
12             Defendant.             )
                                      )
13   _____

14        The above-named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to address his federal hold.

17   Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

18   § 3006A,

19
20        IT IS HEREBY ORDERED that Danica Mazenko is appointed to represent the above

21   defendant in this case effective *nunc pro tunc*  to  September 17, 2025.

22        This appointment shall remain in effect until further order of this court.

23
24   Dated:  October 9, 2025

25                                 WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
26
27
28

                                        -1-