DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

ATTORNEY FOR DEFENDANT: DAVID PEREZ RAMIREZ

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID PEREZ RAMIREZ,<br><br>  Defendant. | CASE NO. 2:07-CR-00248-WBS<br><br>**STIPULATION TO VACATE THE PRELIMINARY EXAMINATION AND SET ADMIT/DENY HEARING BEFRORE A DISTRICT JUDGE; FINDINGS AND ORDER**<br><br>DATE: October 29, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, David Perez Ramirez, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Preliminary Examination on October 29, 2025. ECF 1754.

2. By this stipulation, defendant moves to waive the Preliminary Examination, and requests that the hearing be vacated. In addition, the defendant requests that the matter be set for an Admit/Deny Hearing before a district judge on November 24, 2025, and that time be excluded under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant was appointed on October 10, 2025. ECF 1753.

   b) Counsel for government and defendant desire additional time to obtain the pertinent documents and records in this case. Specifically, the case underlying the new law violations

alleged in the petition.

    c) The parties request that this Court order Probation to release discovery in support of the superseding petition.

    d) Counsel for defense desires additional time to subsequently conduct investigation and research related to the allegation, to consult with her client, and to discuss potential resolution options.

    e) Counsel for defendant believes that failure to grant the above-requested Admit/Deny date would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f) The government does not object to the waiver of the preliminary examination nor to the request to set the matter for an Admit or Deny hearing before a district judge.

IT IS SO STIPULATED.

Dated: October 27, 2025

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
DAVID PEREZ RAMIREZ

Dated: October 27, 2025

ERIC GRANT
United States Attorney

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  October 28, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE